Alan R. Ackerman, Esquire (AA9730)
LAW OFFICES OF ALAN R. ACKERMAN
1719 Route 10 East, Suite 106
Parsippany, NJ 07054
(973) 898-1177
araesq@alanackermanlaw.com

John P. Fuller, Esquire, *pro hac vice pending*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
jpf@fullerfuller.com

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### NEWARK DIVISION

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., a New Jersey Non Profit Corporation, and RONALD MOORE, Individually, <br><br> Plaintiffs, <br> vs. <br><br> ANTHONY PALAGANO ENTERPRISES, INC., a New Jersey Corporation, <br><br> Defendant(s). | Case No.: 3:19-cv-07117-MAS-LHG |

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW** the Plaintiffs, THE INDEPENDENCE PROJECT, INC., a New Jersey Non Profit Corporation, and RONALD MOORE, Individually, by and through their undersigned attorneys, and hereby files this Notice of Voluntary Dismissal without Prejudice against the Defendant, ANTHONY PALAGANO ENTERPRISES, INC., a New Jersey Corporation.

Date: 4/10/19

Respectfully submitted,

/s/ Alan R. Ackerman
Alan R. Ackerman, Esquire (AA9730)
LAW OFFICES OF ALAN R. ACKERMAN
1719 Route 10 East
Parsippany, NJ 07054
(973) 898-1177
araesq@alanackermanlaw.com
-and-
John P. Fuller, Esquire, *pro hac vice pending*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel. (305) 891-5199
jpf@fullerfuller.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __12__ day of April, 2019, the foregoing document has been electronically filed with the Court via the CM/ECF system, and forwarded via Regular US Mail to Defendant: Anthony Palagano Enterprises, Inc, c/o Anthony Palagano, Registered Agent, 1540 Kuser Road, Suite A-6, Trenton, NJ 08619.

/s/ Alan R. Ackerman
Alan R. Ackerman, Esquire (AA9730)

So Ordered this 10TH day of April, 2019

Hon. Michael Shipp, USDJ